# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07CV 6573
JUDGE COAR
MAGISTRATE JUDGE KEYS

In the Matter of

FELIPE MARTINEZ, on behalf of himself and all other employees simirlarly situated, known and unknown
v.
GREATER CHICAGO INCORPORATED d/b/a Baba Palace, an Illinois corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FELIPE MARTINEZ

FILED
NOV. 20, 2007 NF
NOV 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Roy P. Amatore | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ | |
| FIRM | |
| Amatore & Associates, P.C. | |
| STREET ADDRESS | |
| 120 S. State Street, Suite 400 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60639 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6206498 | 312.236.9825 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |