**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Felipe Martinez
                        Plaintiff,

v.                                           Case No.: 1:07−cv−06573
                                            Honorable David H. Coar

Greater Chicago Incorporated, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

       MINUTE entry before Judge David H. Coar :Status hearing set for 1/15/2008 at 09:00 AM. in courtroom # 1419, 219 South Dearborn Street, Chicago, Ilinois.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.