IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FELIPE MARTINEZ**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>       Plaintiffs,<br>v.<br><br>**GREATER CHICAGO INCORPORATED d/b/a Baba Palace,** an Illinois corporation, **MOHAMMAD A. MALIK**, individually, and, **SHABANA RAHMAN**, individually,<br><br>       Defendants. | No. 07 CV 6573<br><br>Judge Coar<br><br>Magistrate Judge Keys |

**STIPULATION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE DEFEND**

NOW COMES, the plaintiff, by and through his attorneys of record, and states:

1.     Defendant, MOHAMMAD A. MALIK, was served with process on January 21, 2008, making said Defendant's answer or other responsive motion due by February 11, 2008.

2.     Defendant, GREATER CHICAGO INCORPORATED, was served with process on January 29, 2008, making said Defendant's answer or other responsive motion due by February 18, 2008.

3.     Defendants' counsel conferred with Plaintiff's counsel on February 4, 2008, and indicated he had just recently been engaged by Defendants. Early settlement was discussed and appears within reach. Defendants' counsel then requested that the Plaintiff stipulate to extend the time for answering by 20, days and 12 days, respectively,

which would make Defendants' answers or other responsive motions due on March 3, 2008.

    4.    Plaintiff hereby stipulates to extend the time for answering to on or before **March 3, 2008**, and Plaintiff prays that this Court will accept and adopt the same.

| | |
|---|---|
| Roy P. Amatore, Esq.<br>Paul Luka, Esq.<br>AMATORE & ASSOCIATES, P.C.<br>120 S. State St., Ste. 400<br>Chicago, IL 60603<br>312.236.9825 | Respectfully submitted,<br><br>/s/Paul Luka<br>PAUL LUKA ARDC # 6288860 |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the attached **Stipulation for Extension of Time to Answer of Otherwise Defend** upon:

John O'Keefe, Esq.
533 Meadow Rd.
Winnetka, IL 60093-4016
847. 675.4790 (Tel)
847.673.7455 (Fax)

by causing a copy of said document(s) to be deposited in the United States Mail at Chicago, Illinois, with postage prepaid, on February 4, 2008; and also by transmitting the same via facsimile.

                                                                                 /s/Paul Luka
                                                                                  PAUL LUKA

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)