UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FELIPE MARTINEZ** | | COURT DATE: |
| | PLAINTIFF(S) | Case No. **07 CV 6573** |
| vs. | | |
| **GREATER CHICAGO INCORPORATED, ET AL.** | | AFFIDAVIT OF SERVICE: **SUMMONS & COMPLAINT** |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 21, 2008**, at **11:59 AM**, I served the above described documents upon **MOHAMMAD A. MALIK** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **MOHAMMAD MALIK.**

Said service was effected at **8915 CENTRAL AVE, MORTON GROVE, IL 60659.**

**DESCRIPTION:**   Gender: **M**   Race: **INDIAN**   Age: **53**   Hgt: **5'10"**   Wgt: **200**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 21st day of January, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:
**Amatore & Associates, P.C.**
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35985