UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FELIPE MARTINEZ** | | Court Date: |
| | PLAINTIFF(S) | Case No.<br>07 CV 6573 |
| VS. | | |
| **GREATER CHICAGO INCORPORATED, ET AL.** | | **AFFIDAVIT OF DUE DILIGENCE:**<br>**SUMMONS & COMPLAINT** |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **SHABBANA RAHMAN** at **8915 CENTRAL AVE, MORTON GROVE, IL 60659** after due search, careful inquiry and diligent attempts for the reason detailed below.

1/21/2008 11:59 AM - Per Mohammad Khan, he does not know defendant, never heard of this defendant.

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 21st day of January, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>**Amatore & Associates, P.C.**<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>35986 |