UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FELIPE MARTINEZ** | | COURT DATE: |
| | PLAINTIFF(S) | Case No. **07 CV 6573** |
| vs. | | |
| **GREATER CHICAGO INCORPORATED, ET AL.** | | AFFIDAVIT OF SERVICE: **SUMMONS & COMPLAINT** |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 29, 2008**, at **11:59 AM**, I served the above described documents upon **GREATER CHICAGO INCORPORATED** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **MOHAMMAD MALIK**.

Said service was effected at **8915 CENTRAL AVE., MORTON GROVE, IL 60653**

**DESCRIPTION:** Gender: **M**  Race: **INDIAN**  Age: **53**  Hgt: **5'10"**  Wgt: **200**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*(signature)*

**Ryan Flaska**, Lic #: **117-001119**
**Judicial Attorney Services, Inc.**
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 21st day of January, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME: **Amatore & Associates, P.C.** FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # **35984** |