**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FELIPE MARTINEZ**, on behalf of himself and all other employees similarly situated, known and unknown, | |
| Plaintiffs, | |
| v. | No. 07 CV 6573 |
| **GREATER CHICAGO INCORPORATED d/b/a Baba Palace,** an Illinois corporation, **MOHAMMAD A. MALIK**, individually, and, **SHABANA RAHMAN**, individually, | Judge Coar<br><br>Magistrate Judge Keys |
| Defendants. | |

**<u>NOTICE OF ELECTRONIC FILING</u>**

TO:    John O'Keefe, Esq.
       533 Meadow Rd.
       Winnetka, IL 60093-4016
       847. 675.4790 (Tel)
       847.673.7455 (Fax)

      PLEASE TAKE NOTICE that on February 4, 2008, the undersigned electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, in the division named in the caption above, the following documents:  **Proposed Scheduling Order**; and **Report of Parties' Planning Conference**.

                                        /s/Paul Luka
                                        PAUL LUKA

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that he served the attached Notice and the indicated document(s) upon:

John O'Keefe, Esq.
533 Meadow Rd.
Winnetka, IL 60093-4016
847. 675.4790 (Tel)
847.673.7455 (Fax)


by causing a copy of said document(s) to be deposited in the United States Mail at Chicago, Illinois, with postage prepaid, on February 4, 2008; and also by transmitting the same via facsimile.

/s/Paul Luka
PAUL LUKA

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)