# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Felipe Martinez

                                     Plaintiff,

v.                                                   Case No.: 1:07−cv−06573
                                                     Honorable David H. Coar

Greater Chicago Incorporated, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

        MINUTE entry before Judge David H. Coar :Scheduling conference held on
2/5/2008. Rule 16(b) Scheduling Conference continued to 2/7/2008 at 09:00 AM.
Pursuant to the STIPULATION for Extention of Time to Answer or Otherwise Defend,
time to answer or plead is extended to and including 2/11/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.