**FILED**
**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FELIPE MARTINEZ**, on behalf of himself and all other employees similarly situated, known and unknown, | |
| Plaintiffs, | No. 07 CV 6573 |
| v. | Judge Coar |
| **GREATER CHICAGO INCORPORATED d/b/a Baba Palace,** an Illinois corporation, **MOHAMMAD A. MALIK**, individually, and, **SHABANA RAHMAN**, individually, | Magistrate Judge Keys |
| Defendants. | |

## PROPOSED SCHEDULING ORDER

**1. Discovery**

The following time limits and deadlines shall be applicable.

A.  All disclosures required by Rule 26(a)(1) shall be made on or before **March 5, 2008**.

B.  Any amendments to pleadings or actions to join other parties shall be filed on or before **June 15, 2008**.

C.  The cutoff of fact discovery is **October 1, 2008**.

D.  The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before **November 3, 2008**.

E.  The parties may depose the other side's expert at any time prior to **December 1, 2008**.

F.  The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to **January 5, 2009**.

G.  The parties shall have until **February 2, 2009**, to depose the opposing party's rebuttal expert.

**2. Motions**

Any dispositive motions are to be filed on or before **November 3, 2008**.

**3. Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before **February 28, 2009**.

The final pretrial conference will be held on _____ at _____.m.

**4. Trial**

Trial is set in this matter on _____ at 10:00 a.m.

**5. Status Hearings**

A further status hearing/preliminary pretrial conference should be held on _____.

               ENTER:


Date:_____, 2008   _____
               Hon. David H. Coar
               United States District Judge

Presented by:
Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825