IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FELIPE MARTINEZ**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>            Plaintiffs,<br>    v.<br><br>**GREATER CHICAGO INCORPORATED d/b/a Baba Palace,** an Illinois corporation, **MOHAMMAD A. MALIK**, individually, and, **SHABANA RAHMAN**, individually,<br><br>            Defendants. | No. 07 CV 6573<br><br>Judge Coar<br><br>Magistrate Judge Keys |

## NOTICE OF DISMISSAL

NOW COMES the plaintiff, **FELIPE MARTINEZ**, by and through his attorneys of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby dismisses the captioned case. In support thereof the plaintiff states that the defendants have not yet served an answer or motion for summary judgment upon the plaintiff. The plaintiff prays that this Court will accept and adopt the foregoing.

                                                          Respectfully submitted,

                                                          /s/Paul Luka
                                                          PAUL LUKA

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel.
312.236.9826 fax

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the attached **Notice of Dismissal** upon:

John O'Keefe, Esq.
533 Meadow Rd.
Winnetka, IL 60093-4016
847. 675.4790 (Tel)
847.673.7455 (Fax)

by causing a copy of said document(s) to be deposited in the United States Mail at Chicago, Illinois, with postage prepaid, on April 18, 2008; and also by transmitting the same via facsimile.

/s/Paul Luka
PAUL LUKA

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)