## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6573 | **DATE** | 4/22/2008 |
| **CASE TITLE** | Martinez vs. Greater Chicago Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the notice of dismissal [21], this action is dismissed pursuant to Rule 41(a)(1)(I). Any pending status hearing dates or motions are moot, stricken and terminated. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|